# IN THE SUPREME COURT OF THE STATE OF NEVADA

PABLO DEHOYOS-MALDONADO,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78887

**FILED**

JUN 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of habeas corpus. We decline to exercise our original jurisdiction in this matter. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court."); see also *Zobrist v. Sheriff, Carson City*, 96 Nev. 625, 626, 614 P.2d 538, 539 (1980) (indicating this court has discretion to decide whether to entertain an original petition for a writ of habeas corpus and that such petitions raising questions of fact should be considered "by a tribunal equipped to handle that task"). Additionally, we decline to intervene because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, without reaching the merit of any claims raised, we

ORDER the petition DENIED

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:    Pablo Dehoyos-Maldonado
       Attorney General/Carson City

SUPREME COURT
OF
NEVAOA

(O) 1947A

19-25865